JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Congcong Shao,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Alejandro Mayorkas, Secretary Department of Homeland Security, Tracy Renaud, Acting Director, USCIS, David Radel, Director, Los Angeles Asylum Office,<br><br>　　　　Defendants. | No. CV 21-6002 MWF (JPRx)<br><br>**ORDER DISMISSING ACTION**<br><br>Honorable Michael W. Fitzgerald<br>United States District Judge |

　　　　Having read and considered the parties' Joint Stipulation of Dismissal, and finding good cause therefore,

　　　　THE COURT HEREBY ORDERS that the stay in this action, CV 21-6002 MWF (JPRx), is lifted and the action is dismissed in its entirety, with each party to bear its own costs and fees.

Dated:  October 15, 2021

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　　　United States District Judge